IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01342–REB–KMT

ERIC BROWN,

    Plaintiff,

v.

DR. SUSAN TIONA,
JODI GRAY,
GREG WILKINSON,
VANCE EVERETT,
CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendants' Response (Doc. No. 23), wherein Defendants state that they do not object to Plaintiff's proposed Amended Complaint, Plaintiff's "Motion for Leave to File Amended Complaint" (Doc. No. 20, filed Aug. 13, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk of Court is directed to file Plaintiff's First Amended Complaint (Doc. No. 20-1).

Dated: August 21, 2013