IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01342–REB–KMT

ERIC BROWN,

    Plaintiff,

v.

DR. SUSAN TIONA,
JODI GRAY,
GREG WILKINSON,
VANCE EVERETT,
CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Conduct Depositions of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B)" (Doc. No. 32, filed Dec. 16, 2013) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take Plaintiff's deposition at the Kit Carson Correctional Center of the Colorado Department of Correction (CDOC)—or any subsequent facility where he may be moved—subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated: December 16, 2013