**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01342-REB-KMT | Date: | March 12, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                  *Counsel:*

ERIC BROWN #48834,                          Pro se

    Plaintiff,

v.

IDAHO DEPARTMENT OF CORRECTIONS,        Colleen Zahn
IDAHO ATTORNEY GENERAL'S OFFICE,
VIRTUAL WARDEN TIM HIGGINS,               Susan Fisher
WARDEN TIMOTHY WENGLER,
ASSISTANT WARDEN TOM KESSLER,
H.S.A. ACEL K. THACKER, CCHP,
DR. KIRK STANDER,
DR. DAVID AGLER,
KIT CARSON CORRECTIONAL CENTER,
WARDEN VANCE EVERETT,
ASSISTANT WARDEN GREG WILKINSON,
DR. SUSAN TIONA,
H.S.A. JODI GRAY,
CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

**COURTROOM MINUTES**

**TELEPHONIC PRELIMINARY SCHEDULING CONFERENCE**

**10:28 a.m.**     **Court in session.**

Plaintiff is having issues with the reception on his end. Ms. Fisher will create a conference between all parties and call back.

**10:31 a.m.**     **Court in recess.**
**10:44 a.m.**     **Court in session.**

Court calls case.  Appearance of counsel.

Discussion regarding discovery deadlines, pending Motion to Dismiss [18], and potential motion to stay.

**ORDERED:** **Deadlines are extended as follows:**
**Discovery cut off:  September 12, 2014.**
**Dispositive Motions Deadline:  October 13, 2014**
**Disclosure of Affirmative Experts:  July 14, 2014**
**Disclosure of Rebuttal Experts:  August 14, 2014**

**ORDERED:** **Plaintiff's Motion to Compel Discovery [35] is GRANTED IN PART AND DENIED IN PART, as stated on record. The Colorado defendants are directed to produce the monitoring form dated February 27, 2013, the optical lab report, any written policy pertaining to the treatment of headaches, and a redacted copy of the contracts between defendants CCA and Idaho with respect to the medical staff, if publically available, to Plaintiff on or before March 26, 2014.  If the contracts are not publically available, defendants may submit the documents for in camera review on or before March 26, 2014.  The Colorado defendants are also directed to provide a response to Plaintiff with respect to Plaintiff's entire medical file or provide the actual medical file to Plaintiff on or before March 26, 2014.**

Discussion regarding obtaining a rule book.

**11:29 a.m.**   **Court in recess**.

Hearing concluded.
Total in-court time:    00:48

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.