**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01342-REB-KMT

ERIC BROWN,

    Plaintiff,

v.

IDAHO CORRECTIONAL CENTER,
WARDEN TIMOTHY WENGLER,
ASSISTANT WARDEN TOM KESSLER,
H.S.A. ACEL K. THACKER, CCHP,
DR. KIRK STANDER,
DR. DAVID AGLER,
KIT CARSON CORRECTIONAL CENTER,
WARDEN VANCE EVERETT,
ASSISTANT WARDEN GREG WILKINSON,
DR. SUSAN TIONA,
H.S.A. JODI GRAY, and
CORRECTIONS CORPORATION OF AMERICA,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of United States Magistrate Judge [#115] of Judge Robert E. Blackburn, entered on September 8, 2015, it is

    ORDERED that judgment enters in favor the defendants, Idaho Department of Corrections, Idaho Attorney General's Office, Virtual Warden Tim Higgins, Idaho Correctional Center, Warden Timothy Wengler, Assistant Warden Tom Kessler, H.S.A. Acel K. Thacker, CCHP, Dr. Kirk Stander, Dr. David Agler, Kit Carson Correctional Center, Warden Vance Everett, Assistant Warden Greg Wilkinson, Dr. Susan Tiona,

H.S.A. Jodi Gray, and Corrections Corporation of America, against the plaintiff, Eric Brown; it is further

ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk